PHILIP DERECHINSKY, respondent,

*v.*

LOUIS EPSTEIN et al., appellants.

[Decided February 1st, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *98 N. J. Eq. 79.*

*Messrs. Stillwell & Stillwell,* for the respondents.

*Messrs. Lazarus, Brenner & Vickers,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 15.

*For reversal*—None.